JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIND ENERGY PARTNERSHIP, a California limited partnership; WILLIAM W. ADAMS, an individual; WHITEWATER ENERGY CORPORATION, a California corporation; WHITEWATER DEVELOPMENT CORPORATION, a California corporation; SAN GORGONIO FARMS, INC., a California corporation,<br><br>      Petitioners/Plaintiffs,<br><br>vs.<br><br>NEXTERA ENERGY RESOURCES, LLC, a Delaware limited liability company; WINDPOWER PARTNERS 1993, L.P., a Delaware limited partnership; CITY OF PALM SPRINGS, a public entity organized and existing under the laws of the State of California; CITY COUNCIL OF THE CITY OF PALM SPRINGS; DAVID H. READY, in his official capacity as City Manager of the City of Palm Springs; DOES 1-500, inclusive,<br><br>      Respondents/Defendants/ Real Parties in Interest. | Case No. 5:11-cv-02050 R (OPx)<br><br>[Honorable Manuel L. Real]<br><br>**JUDGMENT DISMISSING THE FIRST AMENDED PETITION FOR WRIT OF MANDATE AND COMPLAINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF WITH PREJUDICE** |

1  This matter came before the Court on the Motion of Defendants City of
2  Palm Springs, City Council of the City of Palm Springs, and David H. Ready
3  (collectively, the "City Defendants") for Summary Judgment (the "Motion") on
4  May 21, 2012 at 10:00 a.m. in Courtroom 8 of the above-entitled Court. All
5  parties were represented by counsel. Having considered all of the evidence
6  properly presented and the arguments of the respective parties and for good cause
7  appearing,

8  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that no
9  material facts are in dispute and the City Defendants, and each of them, are entitled
10 to summary judgment as a matter of law against plaintiffs Wind Energy
11 Partnership, William W. Adams, Whitewater Energy Corporation, Whitewater
12 Development Corporation, and San Gorgonio Farms, Inc. (collectively,
13 "Plaintiffs") on the remaining cause of action for "Deprivation of Due Process" in
14 the *First Amended Petition for Writ of Mandate and Complaint for Damages and*
15 *Declaratory and Injunctive Relief* ("First Amended Complaint"); that the City
16 Defendants, and each of them, are entitled to judgment against Plaintiffs on the
17 First Amended Complaint in its entirety; that the First Amended Complaint is
18 hereby dismissed with prejudice as to each of the City Defendants; and that
19 Plaintiffs take nothing by way of their First Amended Complaint against any of the
20 City Defendants.

21 IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED
22 that Judgment is hereby entered in favor of the City Defendants, and each of them,
23 and against Plaintiffs; defendants may make a motion for attorneys fees within 15
24 (fifteen) days after entry of this Judgment.

25 IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED, as
26 ordered on February 14, 2012, that NextEra Energy Resources, LLC, and
27 Windpower Partners 1993, LLC (f/k/a Windpower Partners 1993, L.P.)
28 (collectively, "NextEra Defendants"), and each of them, are entitled to judgment

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

LA01/ 1127071.1      2

[PROPOSED] JUDGMENT

against Plaintiffs on the First Amended Complaint in its entirety; that all claims against the NextEra Defendants, and each of them, are dismissed with prejudice; and that Plaintiffs take nothing by way of their First Amended Complaint against any of the NextEra Defendants.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered in favor of all defendants named in the First Amended Complaint, and each of them, and against Plaintiffs; may timely submit an application for bill of costs upon entry of this Judgment.

Dated:_June 11, 2012_    _____
                        Honorable Manuel L. Real
                        United States District Judge

Respectfully submitted,

DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
Los Angeles, California 90067-1517
Tel:   (310) 203-4000
Fax:   (310) 229-1285


By:      /s/ George T. Caplan
         George T. Caplan
Attorneys for Defendants
NEXTERA ENERGY RESOURCES,
LLC; WINDPOWER PARTNERS
1993, LLC (f/k/a WINDPOWER
PARTNERS 1993, L.P.); CITY OF
PALM SPRINGS; CITY COUNCIL OF
THE CITY OF PALM SPRINGS; and
DAVID H. READY

LA01/ 1127168.1                         3
                                [PROPOSED] JUDGMENT